[No. 3694.]

### Poyzer v. Beardsley.

Judgment affirmed on the authority of previous decisions.

*Appeal from Washington District Court.* Hon. H. P. Burke, Judge.

Mr. R. H. Gilmore, Messrs. Ferris & Idding for appellant.

Mr. Isaac Pelton for appellee.

King, J., delivered the opinion of the court.

This was an action commenced by appellee to quiet his title. All matters involved herein have been so frequently decided by the supreme court and by this court adversely to the contention of the appellant, that a written opinion giving reasons for the conclusion reached would serve no useful purpose, and is therefore dispensed with. The judgment is affirmed.

*Affirmed.*